The People of the State of New York, Respondent, 
against
Aaron Fontus, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Lisa A. Sokoloff, J., at plea; Kevin B. McGrath, J., at sentencing), rendered May 22, 2014, convicting him, upon his plea of guilty, of reckless endangerment in the second degree, assault in the third degree and aggravated unlicensed operation of a motor vehicle in the second degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Lisa A. Sokoloff, J., at plea; Kevin B. McGrath, J., at sentencing), rendered May 22, 2014, modified, on the law, to vacate defendant's conviction of aggravated unlicensed operation of a motor vehicle in the second degree and to dismiss that count of the accusatory instrument; as modified, judgment of conviction affirmed. 
As the People concede, defendant's conviction of aggravated unlicensed operation of a motor vehicle in the second degree (see Vehicle and Traffic Law § 511.2[a][iv]) must be vacated because the allegations in the accusatory instrument were insufficient to satisfy the elements of that offense.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: May 14, 2019